

# STRAWINSKI & STOUT P.C.

### CIVIL DEFENSE LAW FIRM

780 Johnson Ferry Road, NE
Suite 230, Centrum at Glenridge
Atlanta, Georgia 30342
StrawLaw.com

Facsimile: (404) 264-1450                           Telephone: (404) 264-9955

March 20, 2026

*Via ECF*

The Honorable Sarah E. Geraghty
United States Court
Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

>      Re:   <u>Teresa Hudson Jordan, et al. v. Delta Airlines, Inc.</u>
>            U.S.D.C., Northern District of Georgia, Atlanta Division
>            Civil Action File Number       :        1:26-cv-00248
>            Our File Number                :        180 - 3350

Dear Honorable Geraghty:

This firm represents Defendant, Delta Air Lines, Inc. ("Delta"), in the above-captioned action. We write with the consent of counsel for Plaintiffs to inform the Court that the parties have agreed, in principle, to settle this matter.

As such, the parties respectfully request that the Court suspend all pending deadlines while the parties finalize the terms of the corresponding agreement and prepare to move the Court for an order approving the settlement on behalf of minor Plaintiff N.J.

We thank Your Honor for the time and attention to this important matter.

>                         Very truly yours,
>
>                         STRAWINSKI & STOUT, P.C.
>
>                         */s/ Nicole Wolfe Stout*
>
>                         Nicole Wolfe Stout

NWS:pp

cc:     Ewan Kwarta, via email and electronic service